CHARLES H. BABCOCK and GEORGE C. FOSTER, d/b/a/ NEW YORK DRAFTING INSTITUTE, Appellants, Respondents, *v.* THOMAS RUSSO, Respondent, Appellant.

Supreme Court, Appellate Term, First Department, March 28, 1940.

*Reuben S. Levins,* for the appellants, respondents.

*David M. Berger,* for the respondent, appellant.

PER CURIAM. The failure to receive the license required by section 66-a of the Education Law prior to the making of the contract did not in the circumstances render the contract unenforcible.

Order denying plaintiffs' motion for summary judgment reversed, with ten dollars costs to plaintiffs, and motion granted.

Order denying defendant's motion for summary judgment affirmed.

All concur. Present — McCook, Hammer and Miller, JJ.